# AFFIDAVIT OF SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | Case #: 19-CV-8023 |

**Republic Technologies, LLC (NA), and Sream, Inc.**     Plaintiff

vs.

**Mamdouh Masood d/b/a Sunshine Food Mart**     Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s); Civil Cover Sheet**

PARTY SERVED: **MAMDOUH MASOOD D/B/A SUNSHINE FOOD MART**

PERSON SERVED: **MRS. MASOOD, SPOUSE**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof.

DATE & TIME OF DELIVERY: **03/12/2020 at 3:15 PM**

ADDRESS, CITY AND STATE: **21418 SAGE BRUSH LANE, MOKENA, IL 60448**

DESCRIPTION: **Middle Eastern, Female, 40, 5'6", 140 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Chris Adlington, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 12th day of March, 2020.

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**     Tracking #: **431292**
FILE #: **16-1741**